**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TRUE RAILROAD REALTY, INC. AND : No. 312 MAL 2022
TRUE RAILROAD ASSOCIATES, LP., :
                                :
          Petitioner            : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
                                :
     v.                         :
                                :
                                :
MCNEES WALLACE AND NURICK, LLC., :
                                :
          Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.